UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

-vs-                                              Case Nos. 13-20066, 13-20516

                                                      HON. AVERN COHN

JACK FUQUA,

    Defendant/Petitioner.

_____/

## ORDER DENYING DEFENDANT/PETITIONER'S EMERGENCY MOTION TO APPOINT A MITIGATION SPECIALIST (Doc. 34)

This is a criminal case which has closed. In 2014, defendant plead guilty in two related cases under two Rule 11 agreements. In case no. 13-20516, defendant plead guilty to one count of maintaining a drug premises, in violation of 18 U.S.C. § 856, and was sentenced to 75 months imprisonment. In case no. 13-20066, defendant plead to one count of possession of a firearm in furtherance of drug trafficking, in violation of 18 U.S.C. § 924(c), and was sentenced to 60 months imprisonment, to run consecutively. Defendant did not file an appeal in either case.

Before the Court is defendant/petitioner's motion styled "Emergency Motion to Appoint Mitigation Specialist," (Doc. 34), requesting that the Court appoint a specialist to assist in addressing issues to correct defendant's sentence.

The motion is DENIED for lack of merit.[1]

SO ORDERED.

                                                S/Avern Cohn
                                                AVERN COHN
                                                UNITED STATES DISTRICT JUDGE

Dated: June 9, 2016
      Detroit, Michigan

---

[1] Defendant filed a motion to reduce sentence under 18 U.S.C. § 3582 (c)(2) based on amendments to the sentencing guidelines for certain drug offenses. (Doc. 31). The Court denied the motion because defendant's guideline range was not based on drug quantity. See Doc. 65. Thus, to the extent defendant seeks a specialist to assist with a motion to reduce sentence on these grounds, the request is moot.